**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000417
07-DEC-2023
08:25 AM
Dkt. 57 OAWST**

NO. CAAP-23-0000417

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


BRUCE H. ERFER and LYNN N. ERFER, husband and wife,
as Trustees of the Erfer Family Trust,
an agreement dated February 1, 2001, Plaintiffs-Appellees, v.
PATRICIA KATHLEEN MORRIS, Individually and as
Special Administrator of THE ESTATE OF DUFFY HERMAN;
HERMAN-MORRIS ENTERPRISES, INC., Defendants-Appellants, and
ONW ENTERPRISES, LLC, a Nevada limited liability company,
Garnishee-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC131000901)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the November 14, 2023 Stipulation to Dismiss Appeal filed by Plaintiffs-Appellees Bruce H. Erfer and Lynn N. Erfer, husband and wife, as Trustees of the Erfer Family Trust, an Agreement Dated February 1, 2001, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, December 7, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge